UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

**ALLEN JEFFREY SATZ**

Plaintiff

V.

**KESHET STARR**
**CORY GLICKSMAN**
**YONATAN KLAYMAN**
**JENNIFER LANKIN**
**THE ORGANIZATION FOR THE RESOLUTION FOR AGUNOT**
**MORDECHAI WILLIG**
**SCOTT HOBERMAN**
**SHLOMO WEISSMANN, ESQ.**
**BETH DIN OF AMERICA**
**AVRAHAM KAHAN**
**DOVID BARTFELD**
**YISROEL ISAACS**
**VAAD HADIN V'HORAAH**

Defendants

**ORDER TO SHOW CAUSE FOR PRELIMINARY INJUCTION**

**ORAL ARGUMENT REQUESTED**

**THIS MATTER** being brought before the Court by Plaintiff Allen Satz, upon the filing of a Verified Complaint, a Memorandum of Law, and Declarations submitted in support of this application for injunctive relief; and the Court having determined that good and sufficient cause has been shown;

**IT IS HEREBY ORDERED** that the Defendants The Organization for the Resolution for Agunot and The Beth Din of America show cause before the Honorable ________________, United States District Judge, at the United States Courthouse located at the Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101, on the ___ day of _______, 2026, at :_ [a.m./p.m.], or as soon thereafter as counsel may be heard, why an Order should not be issued pursuant to Rule 65 of the Federal Rules of Civil Procedure and Local Civil Rule 65.1,

preliminarily enjoining and restraining the Defendants, The Organization for the Resolution for Agunot and The Beth Din of America, and their officers, agents, servants, employees, and attorneys, and those in active concert or participation with them, to order that:

1. Remove all posts, pictures, statements, and any other related material regarding the Plaintiff from all websites, social media accounts, on-line newspaper and any other venue they may be aware of.

2. Write a public letter rescinding their positions against the Plaintiff. The letter should state that the Plaintiff should be allowed into all the synagogues, the community shall all welcome the Plaintiff into their home, etc. Also, any restriction that were put in place to limit the Plaintiff's freedom of religion should be lifted. This letter should be distributed in the same manner as the false content was spread. This includes, but not limited to, Facebook, Instagram, newspaper ad, mass e-mail, etc.

**IT IS FURTHER ORDERED THAT** a copy of this Order to Show Cause, Complaint, declarations or certifications, and Memorandum of Law submitted in support of this application, together with a summons, shall be served upon the Defendants personally within _____ days of the date hereof

The Plaintiff must file with the Court its proof of service of the pleadings on the Defendants no later than three (3) days before the return date.

Defendants shall file and serve a written response to this Order to Show Cause and proof of service by __________________, 2026. You must send a courtesy copy of your opposition papers directly to Judge ________________________, whose address is Martin Luther King Building & U.S. Courthouse, 50 Walnut Street, Newark, NJ 07101

The Plaintiff must file and serve any written reply to the Defendants' opposition to the Order to Show Cause by ______________________, 2026. A courtesy copy of the reply papers must be sent directly to the chambers of Judge ________________________.

If the Defendants do not file and serve opposition to this Order to Show Cause, the application will be decided on the papers on the return date and relief may be granted by default, provided that the Plaintiff files a proof of service and a proposed form of Order at least three days prior to the return date.

A proposed form of Order addressing the relief sought on the return date must be submitted to the Court no later than three (3) days before the return date.

The Court will notify the parties whether it will entertain argument on the return date of the Order to Show Cause.

______________________________

United States District Court Judge

Allen Satz
113 Cameron Road
Bergenfield NJ, 07621
845-521-6668
ajs@zoneshopstore.com

**Proof Of Service**

I hereby certify that an original copy of the within Order to Show Cause has been forwarded via USPS Certified Mail to the following:

Beis Din of America
305 Seventh Ave, 12th Floor
New York NY, 10001-6008

The Organization for the Resolution for Agunot (ORA)
551 West 181St, Unit 123
New York NY, 10033

By: ______________________

Allen Satz
113 Cameron Road
Bergenfield NJ, 07621

Dated: 9/11/26