**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

ALLEN JEFFREY SATZ

Plaintiff(s)

v.

KESHET STARR, et al.

Defendant(s)

APPLICATION FOR EXTENSION OF TIME TO ANSWER, MOVE, OR OTHERWISE REPLY
[Local Civil rule 6.1(b)]

Civil Action No. 2:26-cv-11832

Application is hereby made for a Clerk's Order extending time within which defendant(s) YISROEL ISAACS may answer, move, or otherwise reply to the Complaint filed by plaintiff(s) herein and it is represented that:

1. No previous extension has been obtained;
2. Service of Process was effected on 10/7/2026; and
3. Time to Answer, Move or otherwise Reply expires on 10/28/2026.

Defendant, pro se
Attorney for Defendant(s)

21 South Ridge Road
Mailing Address

Pomona, New York 10970
City, State, Zip Code

ORDER

The above application is ORDERED GRANTED. Defendant(s) time to answer, move or otherwise reply is extended to ______________.
ORDER DATED: ________________

By:___________________________
Deputy Clerk