HOLTZMAN VOGEL

Washington, D.C.
Virginia
Florida
Arizona
New York
Tennessee
**holtzmanvogel.com**

October 29, 2026

VIA ECF

Honorable Cari Fais, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Satz v. Starr, et al.*, Civil Action No. 2:26-cv-11832 (SDW) (CF)**

Dear Judge Fais:

The undersigned have been retained to represent Defendants Beth Din of America and Rabbis Mordechai Willig, Scott Hoberman, Shlomo Weissmann, and Yisroel Isaacs (collectively, the "Moving Defendants") in the above-referenced action. We are just now coming into the case, and we write respectfully to request a brief extension, to and including **December 3, 2026**, of the Moving Defendants' time to answer, move, or otherwise respond to the Complaint (ECF No. 1). This is the Moving Defendants' first request for an extension through counsel.

The current deadline for Defendants Beth Din of America and Rabbis Willig, Hoberman, and Weissmann to respond to the Complaint is today, October 29, 2026. Rabbi Isaacs was served on October 7, 2026, and his original deadline to respond was October 28, 2026. On that date, before retaining counsel, Rabbi Isaacs filed a pro se application for a Clerk's Order extending his time to answer, move, or otherwise reply pursuant to Local Civil Rule 6.1(b) (ECF No. 16). That application was granted on October 29, 2026, and Rabbi Isaacs's time to respond to the Complaint was extended to November 12, 2026. Now that this firm represents him, we respectfully ask that Rabbi Isaacs's deadline be further extended to December 3, 2026, so that all of our clients can respond through a single set of papers on the same schedule.

Good cause exists for the requested extension, which is made before the expiration of each Moving Defendant's current deadline. *See* Fed. R. Civ. P. 6(b)(1)(A). Because we have only just been retained, the Moving Defendants need additional time to review the Complaint and the related history and to prepare their response.

Based on our preliminary review, the Moving Defendants intend to move to dismiss the Complaint. Among other things, the Court lacks subject-matter jurisdiction: the Complaint's only asserted basis for federal jurisdiction is diversity of citizenship under 28 U.S.C. § 1332(a) (Compl. ¶ 1), yet the Complaint itself alleges that Plaintiff and at least three Defendants are New Jersey residents (*id.* ¶¶ 3–6), so complete diversity is lacking. *See Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89 (2005). Plaintiff's claims also fail on the merits; Plaintiff has raised the same or similar claims in numerous prior suits in federal and state courts in New Jersey and New York, has lost every one of those cases (including on appeal), and has had multiple attorneys' fees awards entered against him.

The requested extension will not prejudice Plaintiff. The case is at its earliest stage, and the Court has already denied Plaintiff's request for preliminary injunctive relief (ECF No. 7), so no application for interim relief is pending. On October 28, 2026, we asked Plaintiff, who is proceeding pro se, whether he would consent to this request. Plaintiff responded but did not consent.

This request is made without waiver of, and with express reservation of, all of the Moving Defendants' rights and defenses, including those available under Federal Rule of Civil Procedure 12(b).

If this request meets with the Court's approval, we respectfully ask that Your Honor "So order" this letter. We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Brian Nieves*
Brian Nieves
Akiva Shapiro (pro hac vice application forthcoming)
Jonathan Frieden (pro hac vice application forthcoming)
Jonathan Jaroslawicz (pro hac vice application forthcoming)
*Counsel for Defendants Beth Din of America, Mordechai Willig, Scott Hoberman, Shlomo Weissmann, and Yisroel Isaacs*

SO ORDERED this ____ day of ______________, 2026.

________________________________
Honorable Cari Fais, U.S.M.J.

cc: All counsel of record (via ECF)