HOLTZMAN VOGEL

Washington, D.C.
Virginia
Florida
Arizona
New York
Tennessee
**holtzmanvogel.com**

November 4, 2026

VIA ECF

Honorable Cari Fais, U.S.M.J.
United States District Court for the District of New Jersey
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, New Jersey 07102

**Re: *Satz v. Starr, et al.*, Civil Action No. 2:26-cv-11832 (SDW) (CF)**

Dear Judge Fais:

As the Court is aware, the undersigned represent Defendants Beth Din of America and Rabbis Mordechai Willig, Scott Hoberman, Shlomo Weissmann, and Yisroel Isaacs in the above-referenced action. We write to advise the Court that we have now also been retained to represent Defendants Rabbi Dovid Bartfeld and Rabbi Avraham Kahan, and to respectfully request that their time to answer, move, or otherwise respond to the Complaint (ECF No. 1) likewise be extended to and including December 3, 2026, the same date requested for our other clients.

By letter dated October 29, 2026, we requested that same extension for our other clients (ECF No. 18). The Court granted that request on October 30, 2026 (ECF No. 19). Rabbis Bartfeld and Kahan's current deadline to respond to the Complaint is tomorrow, November 5, 2026. This is their first request for an extension.

Good cause exists for the requested extension, which is made before the expiration of Rabbis Bartfeld and Kahan's current deadline, for the same reasons set out in our October 29 letter. *See* Fed. R. Civ. P. 6(b)(1)(A). We have only just been retained by Rabbis Bartfeld and Kahan, and aligning their deadline with that of our other clients will allow all of our clients to respond to the Complaint through a single set of papers on the same schedule. Like our other clients, Rabbis Bartfeld and Kahan intend to move to dismiss the Complaint, including for lack of subject-matter jurisdiction. The requested extension will not prejudice Plaintiff, as the case remains at its earliest stage.

This request is made without waiver of, and with express reservation of, all of Rabbis Bartfeld's and Kahan's rights and defenses, including those available under Federal Rule of Civil Procedure 12(b).

If this request meets with the Court's approval, we respectfully ask that Your Honor "so order" this letter. We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ Brian Nieves*
Brian Nieves
Akiva Shapiro (pro hac vice application forthcoming)
Jonathan Frieden (pro hac vice application forthcoming)
Jonathan Jaroslawicz (pro hac vice application forthcoming)
*Counsel for Defendants Beth Din of America, Mordechai Willig, Scott Hoberman, Shlomo Weissmann, Yisroel Isaacs, Dovid Bartfeld, and Avraham Kahan*

**SO ORDERED** on this 5th day of November 2026.

***/s/ Cari Fais***
HON. CARI FAIS, U.S.M.J.

cc: All counsel of record (via ECF)